# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00281-CV

### In re Patricia Lux Graham

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## O R D E R

**PER CURIAM**

Relator Patricia Lux Graham has filed a petition for writ of mandamus seeking relief from a temporary restraining order signed by the district court on May 1, 2014. With her mandamus petition, Graham has also filed an emergency motion to stay the temporary restraining order pending our disposition of her mandamus petition. We grant the emergency motion and stay the district court's May 1, 2014 temporary restraining order until further notice of the Court. *See* Tex. R. App. P. 52.10(b).

Further, we request that real party in interest, Johnson Ranch Municipal Utility District, file a response to the mandamus petition not later than Thursday, May 15, 2014. *See id.* R. 52.4, 52.8(b)(1). The real party in interest may also address, in either its mandamus response or a separate, earlier filing, the advisability of our continuing the temporary stay pending our resolution of the mandamus petition.

It is ordered on May 5, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose